**727OBJ, NTCAPR, REOPENED, HOLD_disch, FeeDueBK, APLDIST, APPEAL**

# U.S. Bankruptcy Court
## District of Maine (Bangor)
## Bankruptcy Petition #: 24–10188

*Assigned to:* Judge Michael A. Fagone
Chapter 7
Voluntary
Asset

*Date filed:* 08/29/2024
*Date reopened:* 10/04/2024
*341 meeting:* 05/23/2025
*Deadline for objecting to discharge:* 01/21/2025
*Deadline for financial mgmt. course:* 01/21/2025

*Debtor*
**Mona Dunphy**
28 Dudley Street
Presque Isle, ME 04769
AROOSTOOK–ME
603–785–7803
SSN / ITIN: xxx–xx–3918

represented by **Mona Dunphy**
PRO SE

*Trustee*
**Anthony J. Manhart**
Anthony J. Manhart, Trustee
One Canal Plaza, 9th Floor
PO Box 426
Portland, ME 04112–0426
207–774–2635

represented by **Anthony J. Manhart, Esq.**
Perkins Thompson, P.A.
One Canal Plaza
PO Box 426
Portland, ME 04112–0426
207–774–2635
Email: tmanhart@perkinsthompson.com

*U.S. Trustee*
**Office of U.S. Trustee**
537 Congress Street, Suite 300
Portland, ME 04101

represented by **Stephen G. Morrell, Esq.**
Office of the U.S. Trustee
537 Congress Street
Portland, ME 04101
(207) 780–3564
Email: stephen.g.morrell@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 08/29/2024 | 1 | Chapter 7 Voluntary Petition for Individuals . Fee Amount $ 338.00 Filed by Mona Dunphy . (kef) (Entered: 08/29/2024) |
| 08/29/2024 | 2 | Certificate of Credit Counseling for Debtor Filed by Mona Dunphy . (kef) (Entered: 08/29/2024) |
| 08/29/2024 | 3 | Application to Submit Court Filings by E–Mail filed by Mona Dunphy. (kef) (Entered: 08/29/2024) |
| 08/29/2024 | 4 | Notice of Authorization to Submit Court Filings by E–Mail (related document(s):3 Application to Submit Court Filings by E–Mail filed by Debtor Mona Dunphy). (kef) (Entered: 08/29/2024) |
| 08/29/2024 | 6 | Order to Comply and Notice to Dismiss Case. Deficiency Requested: Statement of Financial Affairs due 9/12/2024. Incomplete Filings due by 9/12/2024. Statement of Intent due 9/26/2024. (kef) Modified on |

| | | | |
|---|---|---|---|
| | | | 8/30/2024 to update Statement of Intent due date (kef). (Entered: 08/29/2024) |
| 08/30/2024 | | 7 | Meeting of Creditors and Notice of Appointment of Interim Trustee Manhart, Anthony J. – 341(a) meeting to be held on 9/27/2024 at 01:00 PM by Zoom – Manhart: Meeting ID 282 980 6359, Passcode 2016669667, Phone 207–424–1364. Financial Management Course due: 11/26/2024. Last day to oppose discharge or dischargeability is 11/26/2024. (Entered: 08/30/2024) |
| 08/30/2024 | | 8 | Notice of Insufficient Information Regarding Presumption of Abuse in a Chapter 7 Case. (kef) (Entered: 08/30/2024) |
| 08/30/2024 | | 9 | Deadlines Updated (BK) (related document(s):6 Order to Comply). Statement of Intent due by 9/26/2024. (kef) (Entered: 08/30/2024) |
| 08/30/2024 | | | Receipt of Chapter 7 Filing Fee – $338.00 by SD. Receipt Number 10000087. (admin) (Entered: 08/30/2024) |
| 08/31/2024 | | 10 | BNC Certificate of Mailing – PDF Document (related document(s):6 Order to Comply). Notice Date 08/31/2024. (Admin.) (Entered: 09/01/2024) |
| 09/01/2024 | | 11 | BNC Certificate of Mailing – Meeting of Creditors (related document(s):7 Auto Assignment Meeting of Creditors Chapter 07 No Asset). Notice Date 09/01/2024. (Admin.) (Entered: 09/02/2024) |
| 09/01/2024 | | 12 | BNC Certificate of Mailing – PDF Document (related document(s):8 Notice Regarding Presumption of Abuse). Notice Date 09/01/2024. (Admin.) (Entered: 09/02/2024) |
| 09/04/2024 | | 13 | Notice of Appearance and Request for Notice by Jeffrey J. Hardiman Esq. Filed by on behalf of CMG Mortgage, Inc.. (Hardiman, Jeffrey) (Entered: 09/04/2024) |
| 09/19/2024 | | 14 | Order Dismissing Case (kef) (Entered: 09/19/2024) |
| 09/19/2024 | | 15 | Final Decree, Discharging Trustee and Closing Bankruptcy Case. (kef) (Entered: 09/19/2024) |
| 09/21/2024 | | 16 | BNC Certificate of Mailing – PDF Document (related document(s):14 Order Dismissing Case). Notice Date 09/21/2024. (Admin.) (Entered: 09/22/2024) |
| 09/21/2024 | | 17 | BNC Certificate of Mailing – PDF Document (related document(s):14 Order Dismissing Case). Notice Date 09/21/2024. (Admin.) (Entered: 09/22/2024) |
| 10/02/2024 | | 18 | Debtor's Motion to Reopen Chapter 7 Case . Receipt Number O, Fee Amount $ 260. Filed by Mona Dunphy. (kef) (Entered: 10/02/2024) |
| 10/02/2024 | | 19 | Debtor's Motion to Extend Time Filed by Mona Dunphy. (kef) (Entered: 10/02/2024) |
| 10/03/2024 | | | Receipt of Reopen Chapter 7 Filing Fee – $260.00 by RP. Receipt Number 10000093. (admin) (Entered: 10/04/2024) |

| | | | |
|---|---|---|---|
| 10/04/2024 | | 20 | Order Reopening Case and Extending Time for Debtor to File Schedules and Statements. (Related Doc 18, Related Doc 19) Incomplete Filings due by 10/11/2024. (kef) Modified on 10/7/2024 to clean up docket text (kef). Modified on 10/7/2024 to remove Trustee language (kef). (Entered: 10/04/2024) |
| 10/06/2024 | | 21 | BNC Certificate of Mailing – PDF Document (related document(s):20 Order on Motion to Reopen Chapter 07 Case). Notice Date 10/06/2024. (Admin.) (Entered: 10/07/2024) |
| 10/08/2024 | | 22 | Amended and Supplemental Order Reopening Case, Vacating Dismissal, and Extending Time. United States Trustee is directed to appoint a chapter 7 trustee. (related document(s):20 Order on Motion to Reopen Chapter 07 Case, Order on Motion to Extend Time) (kef) (Entered: 10/08/2024) |
| 10/09/2024 | | 23 | Appointment of Successor Trustee. Trustee Anthony J. Manhart assigned to the case Filed by Office of U.S. Trustee. (Office of the U.S. Trustee) (Entered: 10/09/2024) |
| 10/09/2024 | | 24 | Entry: Order Reopening Case and Extending Time for Debtor to File Schedules and Statements sent via e–mail (mona.dunphy7755@gmail.com) to debtor on October 4, 2024. Amended and Supplemental Order Reopening Case, Vacating Dismissal, and Extending Time sent via e–mail (mona.dunphy7755@gmail.com) to debtor on October 9, 2024. (related document(s):20 Order Reopening Case and Extending Time for Debtor to File Schedules and Statements, 22 Amended and Supplemental Order Reopening Case, Vacating Dismissal, and Extending Time). (kef) (Entered: 10/09/2024) |
| 10/10/2024 | | 25 | Order Extending Deadline for Objecting to Discharge and Dischargeability (kef) (Entered: 10/10/2024) |
| 10/10/2024 | | 26 | Meeting of Creditors. Trustee Anthony J. Manhart has been assigned to the case. 341(a) meeting to be held on 11/22/2024 at 10:00 AM by Zoom – Manhart: Meeting ID 282 980 6359, Passcode 2016669667, Phone 207–424–1364.Financial Management Course due:1/21/2025. Last day to oppose discharge or dischargeability is 1/21/2025. (kef) (Entered: 10/10/2024) |
| 10/10/2024 | | 27 | BNC Certificate of Mailing – PDF Document (related document(s):22 Amended Order). Notice Date 10/10/2024. (Admin.) (Entered: 10/11/2024) |
| 10/12/2024 | | 28 | BNC Certificate of Mailing – Meeting of Creditors (related document(s):26 Meeting of Creditors Chapter 07 No Asset). Notice Date 10/12/2024. (Admin.) (Entered: 10/13/2024) |
| 10/12/2024 | | 29 | BNC Certificate of Mailing – PDF Document (related document(s):25 Sua Sponte Order). Notice Date 10/12/2024. (Admin.) (Entered: 10/13/2024) |
| 10/17/2024 | | 30 | Amended: Voluntary Petition for Individual . Filed by Mona Dunphy (related document(s):1 Voluntary Petition (Chapter 7) filed by Debtor Mona Dunphy). (kef) Modified on 10/18/2024 to correct date filed (kef). (Entered: 10/18/2024) |
| 10/17/2024 | | 31 | Schedules and Statements Filed by Mona Dunphy . (kef) Modified on 10/18/2024 to correct date filed (kef). (Entered: 10/18/2024) |

| | | | |
|---|---|---|---|
| 10/18/2024 | | 32 | Signed Statement of Financial Affairs for Individual Filed by Mona Dunphy . (kef) (Entered: 10/18/2024) |
| 11/04/2024 | | 33 | Change of Address for Creditor. Previous Address: County Federal Credit Union, PO Box 871 Loring, Limestone, ME 04750. New Address: County Federal Credit Union, 776 Main Street, Presque Isle, ME 04769. (ljs) (Entered: 11/04/2024) |
| 11/08/2024 | | 34 | Notice of Appearance and Request for Notice by Richard L. Currier Esq. Filed by on behalf of The County Federal Credit Union. (Currier, Richard) (Entered: 11/08/2024) |
| 11/19/2024 | | 35 | Trustee's Notification of Asset Recovery in Case and Request to set Proof of Claim Deadline. Filed by Anthony J. Manhart. (Manhart, Anthony) (Entered: 11/19/2024) |
| 11/19/2024 | | 36 | Notice of Need to File Proof of Claim Due to Recovery of Assets Filed by Anthony J. Manhart. Governmental units have 180 days from date of filing of the case or 90 days from the date of this notice, whichever is later, to file a Proof of Claim. Proof of Claims for all other creditors are due by 2/18/2025. (kef) (Entered: 11/19/2024) |
| 11/21/2024 | | 37 | BNC Certificate of Mailing – PDF Document (related document(s):36 Trustee's Notice of Assets filed by Trustee Anthony J. Manhart). Notice Date 11/21/2024. (Admin.) (Entered: 11/22/2024) |
| 11/25/2024 | | 38 | Meeting of Creditors Continued – to be held on 12/20/2024 at 10:00 AM at Zoom – Manhart: Meeting ID 282 980 6359, Passcode 2016669667, Phone 207–424–1364. (Manhart, Anthony) (Entered: 11/25/2024) |
| 11/27/2024 | | 39 | Application to Employ Anthony J. Manhart and Perkins Thompson as Counsel to Trustee Filed by Anthony J. Manhart. (Attachments: # 1 Exhibit # 2 Proposed Order) (Manhart, Anthony) (Entered: 11/27/2024) |
| 12/02/2024 | | 40 | Order Granting Application to Employ Anthony J. Manhart, Esq. and the law firm of Perkins Thompson as counsel for the Trustee (Related Doc # 39) This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.(kef) (Entered: 12/02/2024) |
| 12/04/2024 | | 41 | BNC Certificate of Mailing – PDF Document (related document(s):40 Order on Application to Employ). Notice Date 12/04/2024. (Admin.) (Entered: 12/05/2024) |
| 12/12/2024 | | 42 | Debtor's Objection *to Chapter 7 Trustee's Application to Employ Counsel* Filed by Mona Dunphy (related document(s):40 Order on Application to Employ). (kef) (Entered: 12/12/2024) |
| 12/12/2024 | | 43 | Entry: Applicant to set Application to Employ for hearing, due to filing of Objection by debtor (related document(s):39 Application to Employ filed by Attorney Anthony J. Manhart). (kef) (Entered: 12/12/2024) |
| 12/16/2024 | | 44 | Notice of Hearing *on Application to Employ Counsel* Filed by Anthony J. Manhart (related document(s):39 Application to Employ filed by Attorney Anthony J. Manhart). Hearing scheduled for 1/16/2025 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (Manhart, Anthony) (Entered: 12/16/2024) |

| | | | |
|---|---|---|---|
| 12/18/2024 | | 45 | Trustee's Motion for Sale of Property under Sec. 363b, Rule 6004 Filed by Anthony J. Manhart. Hearing scheduled for 1/16/2025 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. Objections due by 1/8/2025. (Attachments: # 1 Exhibit A # 2 Hearing Notice # 3 Proposed Order) (Manhart, Anthony) (Entered: 12/18/2024) |
| 12/18/2024 | | 46 | Trustee's Application to Employ Tranzon Auction Properties as Auctioneer Filed by Anthony J. Manhart. (Attachments: # 1 Affidavit # 2 Exhibit # 3 Proposed Order) (Manhart, Anthony) (Entered: 12/18/2024) |
| 12/18/2024 | | 47 | Notice of Hearing. Hearing Set On Trustee's Motion to Sell Property (related document(s):45 Motion to Sell filed by Trustee Anthony J. Manhart). Hearing scheduled for 1/16/2025 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. Objections due by 1/8/2025. (kef) (Entered: 12/18/2024) |
| 12/19/2024 | | 48 | Entry: Per Chambers, Application to be set for hearing by Applicant. Hearing to be set for January 16, 2025, at 1:00 p.m., with an objection deadline of January 9, 2025. (related document(s):46 Application to Employ filed by Trustee Anthony J. Manhart). (kef) (Entered: 12/19/2024) |
| 12/19/2024 | | 49 | Order Setting Hearing on Debtor's Request to Dismiss Case (related document(s):42 Objection filed by Debtor Mona Dunphy) (kef) (Entered: 12/19/2024) |
| 12/19/2024 | | 50 | Hearing Set (related document(s):42 Objection filed by Debtor Mona Dunphy). Hearing scheduled for 1/16/2025 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. Objections due by 1/9/2025. (kef) (Entered: 12/19/2024) |
| 12/19/2024 | | 51 | Notice of Hearing *on Trustee's Application to Employ Auctioneer* Filed by Anthony J. Manhart (related document(s):46 Application to Employ filed by Trustee Anthony J. Manhart). Hearing scheduled for 1/16/2025 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. Objections due by 1/9/2025. (Manhart, Anthony) (Entered: 12/19/2024) |
| 12/20/2024 | | 52 | Debtor's Motion to Dismiss Case Filed by Mona Dunphy. (kef) (Entered: 12/20/2024) |
| 12/20/2024 | | 53 | Meeting of Creditors Continued – to be held on 1/24/2025 at 10:00 AM at Zoom – Manhart: Meeting ID 282 980 6359, Passcode 2016669667, Phone 207–424–1364. Debtor absent. (Manhart, Anthony) (Entered: 12/20/2024) |
| 12/20/2024 | | 54 | Order Setting Hearing (related document(s):52 Motion to Dismiss Case filed by Debtor Mona Dunphy) Hearing scheduled for 1/16/2025 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. Objections due by 1/9/2025. (kef) (Entered: 12/20/2024) |
| 12/20/2024 | | 55 | BNC Certificate of Mailing – PDF Document (related document(s):47 Notice of Hearing). Notice Date 12/20/2024. (Admin.) (Entered: 12/21/2024) |
| 12/21/2024 | | 56 | BNC Certificate of Mailing – PDF Document (related document(s):49 Order on Document). Notice Date 12/21/2024. (Admin.) (Entered: 12/22/2024) |
| 12/22/2024 | | 57 | |

| | | | |
|---|---|---|---|
| | | | BNC Certificate of Mailing – PDF Document (related document(s):54 Order on Document). Notice Date 12/22/2024. (Admin.) (Entered: 12/23/2024) |
| 01/06/2025 | | 58 | Notice Regarding Financial Management Course Requirement (related document(s): Set Chapter 07 Deadline). (ADIclerk) (Entered: 01/06/2025) |
| 01/07/2025 | | 59 | Order Changing Time of Hearing (related document(s):39 Application to Employ filed by Attorney Anthony J. Manhart, 45 Motion to Sell filed by Trustee Anthony J. Manhart, 46 Application to Employ filed by Trustee Anthony J. Manhart, 52 Motion to Dismiss Case filed by Debtor Mona Dunphy) Hearing scheduled for 1/16/2025 at 03:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (kef) (Entered: 01/07/2025) |
| 01/07/2025 | | 60 | Entry: Order sent via US Mail and e−mail (mona.dunphy7755@gmail.com) to pro se debtor this date. (related document(s):59 Order Changing Time of Hearing). (kef) (Entered: 01/07/2025) |
| 01/08/2025 | | 61 | BNC Certificate of Mailing – PDF Document (related document(s):58 Notice Regarding Financial Management Course Requirement). Notice Date 01/08/2025. (Admin.) (Entered: 01/09/2025) |
| 01/09/2025 | | 62 | Trustee's Objection *to Debtor's Motion to Dismiss Case* Filed by Anthony J. Manhart (related document(s):52 Motion to Dismiss Case filed by Debtor Mona Dunphy). (Manhart, Anthony) (Entered: 01/09/2025) |
| 01/09/2025 | | 63 | Trustee's Reply *to Debtor's Objection to Trustee's Application to Employ Counsel* Filed by Anthony J. Manhart (related document(s):42 Objection filed by Debtor Mona Dunphy). (Manhart, Anthony) (Entered: 01/09/2025) |
| 01/10/2025 | | 64 | BNC Certificate of Mailing – PDF Document (related document(s):59 Order on Document). Notice Date 01/10/2025. (Admin.) (Entered: 01/11/2025) |
| 01/15/2025 | | 65 | Debtor's Objection to Chapter 7 Trustee's Objection to Motion to Dismiss Chapter 7 Case (with Memorandum of Points and Authorities (unsigned), Declaration of Debtor, and Certificate of Service) Filed by Mona Dunphy (related document(s):62 Objection filed by Trustee Anthony J. Manhart). (tll) (Entered: 01/16/2025) |
| 01/16/2025 | | 66 | Debtor's Objection *to Chapter 7 Trustee's Objection to Motion to Dismiss Chapter 7 Case (with Memorandum of Points and Authorities, Declaration of Debtor, and Certificate of Service)* Filed by Mona Dunphy (related document(s):62 Objection filed by Trustee Anthony J. Manhart). (mcd) (Entered: 01/16/2025) |
| 01/16/2025 | | 67 | PDF with attached Audio File. Court Date & Time [ 1/16/2025 3:01:20 PM ]. File Size [ 28349 KB ]. Run Time [ 01:18:45 ]. (courtaudio). (Entered: 01/16/2025) |
| 01/16/2025 | | 70 | Minute Entry: Appearances: Anthony J. Manhart, Mona Dunphy. (related document(s):39 Application to Employ Filed by Attorney Anthony J. Manhart). Continued hearing scheduled for 02/27/2025 at 02:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (ljs) (Entered: 01/17/2025) |
| 01/16/2025 | | 71 | |

| | | | |
|---|---|---|---|
| | | | Minute Entry: Appearances: Anthony J. Manhart, Esq., Mona Dunphy. (related document(s):46 Application to Employ Filed by Trustee Anthony J. Manhart). Continued hearing scheduled for 02/27/2025 at 02:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (ljs) (Entered: 01/17/2025) |
| 01/16/2025 | | 72 | Minute Entry: Appearances: Anthony J. Manhart, Esq., Mona Dunphy. (related document(s):45 Motion to Sell Filed by Trustee Anthony J. Manhart). Continued hearing scheduled for 02/27/2025 at 02:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (ljs) (Entered: 01/17/2025) |
| 01/16/2025 | | 73 | Minute Entry: Appearances: Anthony J. Manhart, Mona Dunphy. (related document(s):52 Motion to Dismiss Case Filed by Debtor Mona Dunphy). Continued hearing scheduled for 02/27/2025 at 02:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (ljs) (Entered: 01/17/2025) |
| 01/17/2025 | | 68 | Corrective Entry. Reason for Entry: Document(s) not properly signed. Document terminated on the system. Objection refiled at Dkt. No. 66. (Related document(s):65 Objection filed by Debtor Mona Dunphy). (tll) (Entered: 01/17/2025) |
| 01/17/2025 | | 69 | Certificate of Service (related document(s):45 Motion to Sell filed by Trustee Anthony J. Manhart). (Manhart, Anthony) (Entered: 01/17/2025) |
| 01/17/2025 | | 74 | Order Extending Deadline for Objecting to Discharge (ljs) (Entered: 01/17/2025) |
| 01/17/2025 | | 75 | Deadlines Updated (BK) (related document(s):74 Order Extending Deadline). Objection to discharge by Chapter 7 Trustee and United States Trustee due by 2/20/2025. (ljs) (Entered: 01/17/2025) |
| 01/17/2025 | | 76 | Order for Debtor to Provide Document to Chapter 7 Trustee (ljs) (Entered: 01/17/2025) |
| 01/19/2025 | | 77 | BNC Certificate of Mailing – PDF Document (related document(s):74 Generic Order). Notice Date 01/19/2025. (Admin.) (Entered: 01/20/2025) |
| 01/19/2025 | | 78 | BNC Certificate of Mailing – PDF Document (related document(s):76 Generic Order). Notice Date 01/19/2025. (Admin.) (Entered: 01/20/2025) |
| 01/23/2025 | | 79 | Debtor's Motion to Convert Case From Chapter 7 to 13 . Filed by Mona Dunphy. (kef) (Entered: 01/24/2025) |
| 01/24/2025 | | 80 | Order Setting Hearing (related document(s):79 Motion to Convert Case From Chapter 7 to 13 filed by Debtor Mona Dunphy) Hearing scheduled for 2/27/2025 at 02:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. Objections due by 2/20/2025. (kef) (Entered: 01/24/2025) |
| 01/24/2025 | | 81 | Meeting of Creditors Continued – to be held on 2/28/2025 at 10:00 AM at Zoom – Manhart: Meeting ID 282 980 6359, Passcode 2016669667, Phone 207–424–1364. Debtor absent. (Manhart, Anthony) (Entered: 01/24/2025) |
| 01/26/2025 | | 82 | BNC Certificate of Mailing – PDF Document (related document(s):80 Order on Document). Notice Date 01/26/2025. (Admin.) (Entered: 01/27/2025) |
| 01/27/2025 | | 83 | |

| | | | |
|---|---|---|---|
| | | | Creditor's Notice of Appearance and Request for Notice by Kaitlyn M. Husar Esq. Filed by on behalf of Maine Revenue Services. (Husar, Kaitlyn) (Entered: 01/27/2025) |
| 02/05/2025 | | 84 | Motion for Relief from Stay *27 Eagle Harbor Trl Palm Coast, Florida 32164*. Fee Amount $ 199. Filed by CMG Mortgage, Inc.. Hearing scheduled for 2/27/2025 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. Objections due by 2/19/2025. (Attachments: # 1 Hearing Notice # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit A – Note # 5 Exhibit B – Mortgage # 6 Exhibit C – Assignment) (Hardiman, Jeffrey) (Entered: 02/05/2025) |
| 02/05/2025 | | | Receipt of Motion for Relief From Stay( 24–10188) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A5000056. Fee amount 199.00. (re: Doc# 84) (U.S. Treasury) (Entered: 02/05/2025) |
| 02/11/2025 | | 85 | Notice of Rescheduled Hearing Time. Hearing Set On (related document(s):84 Motion for Relief From Stay filed by Creditor CMG Mortgage, Inc.). Hearing scheduled for 2/27/2025 at 02:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (ljs) (Entered: 02/11/2025) |
| 02/12/2025 | | 86 | Motion for Ex Parte Application for Temporary Restraining Order; Order to Show Cause re: Preliminary Injunction, and Request for Sanctions Filed by Mona Dunphy. (kef) (Entered: 02/12/2025) |
| 02/12/2025 | | 87 | Ex Parte Motion *to Remove Chapter 7 Trustee* Filed by Mona Dunphy. (kef) (Entered: 02/12/2025) |
| 02/12/2025 | | 88 | Order Setting Hearing (related document(s):86 Motion for Ex Parte Application for Temporary Restraining Order; Order to Show Cause re: Preliminary Injunction, and Request for Sanctions filed by Debtor Mona Dunphy, 87 Ex Parte Motion to Remove Chapter 7 Trustee filed by Debtor Mona Dunphy) Hearing scheduled for 2/27/2025 at 02:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (kef) (Entered: 02/12/2025) |
| 02/13/2025 | | 89 | BNC Certificate of Mailing – PDF Document (related document(s):85 Notice of Hearing). Notice Date 02/13/2025. (Admin.) (Entered: 02/14/2025) |
| 02/14/2025 | | 90 | BNC Certificate of Mailing – PDF Document (related document(s):88 Order on Document). Notice Date 02/14/2025. (Admin.) (Entered: 02/15/2025) |
| 02/14/2025 | | 91 | Amended: Voluntary Petition, Schedule AB, Schedule C, Schedule D, Schedule EF, Schedule G, Schedule H, Schedule I, Schedule J, Summary of Assets and Liabilities, Declaration Concerning Debtors Schedules, Statement of Financial Affairs, Creditor Matrix, Verification of Creditor–Matrix, Means Test, for Individual . Receipt Number FEE NOT PAID, Fee Amount $ 34. Filed by Mona Dunphy (related document(s):1 Voluntary Petition (Chapter 7) filed by Debtor Mona Dunphy). (kef) (Entered: 02/18/2025) |
| 02/14/2025 | | 94 | Chapter 13 Plan Filed by Mona Dunphy. (kef) (Entered: 02/18/2025) |
| 02/18/2025 | | 92 | Clerk's Notice Fees Due of $ 34. Please contact the Clerk's Office for further instructions on how to pay this fee. If you are a debtor who has had a fee waived, you can also apply to have this fee waived. (related document(s):91 Amended Petition, Schedules, Statements filed by Debtor |

| | | | |
|---|---|---|---|
| | | | Mona Dunphy). Fees due by 2/25/2025 (kef) (Entered: 02/18/2025) |
| 02/18/2025 | | 93 | Entry – (1) Amended Schedules as filed do not comply with the requirements outlined in D. Me. LBR 1009−1(a). (2) Amended Voluntary Petition as filed is incomplete. (related document(s):91 Amended Petition, Schedules, Statements filed by Debtor Mona Dunphy). (kef) (Entered: 02/18/2025) |
| 02/18/2025 | | 95 | Corrective Entry. Reason for Entry: (1) Chapter 13 Plan filed on incorrect form. Local Form 2 is required. (2) Pending case is currently a chapter 7 case. Document terminated on the system. (related document(s):94 Chapter 13 Plan filed by Debtor Mona Dunphy). (kef) (Entered: 02/18/2025) |
| 02/18/2025 | | 97 | Second Motion to Extend Time *to Enlarge Discharge Deadline* Filed by Anthony J. Manhart. Hearing scheduled for 3/13/2025 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. Objections due by 3/5/2025. (Attachments: # 1 Hearing Notice # 2 Proposed Order) (Manhart, Anthony) (Entered: 02/18/2025) |
| 02/18/2025 | | 98 | Trustee's Objection Filed by Anthony J. Manhart (related document(s):84 Motion for Relief From Stay filed by Creditor CMG Mortgage, Inc.). (Attachments: # 1 Exhibit) (Manhart, Anthony) (Entered: 02/18/2025) |
| 02/27/2025 | | 99 | Entry: Notification of Clerk's Notice of Fees Due, Entry, and Corrective Entry sent via e−mail (mona.dunphy7755@gmail.com) to pro se debtor on 2/18/25. (related document(s): 92 Clerk's Notice of Fees Due, 93 Entry, 95 Corrective Entry). (kef) (Entered: 02/27/2025) |
| 02/27/2025 | | 100 | Declaration of Mona Dunphy in Support of Dismissal of Bankruptcy Case, Exhibit A, Certificate of Service, and Proposed Order filed by Mona Dunphy (related document(s):52 Motion to Dismiss Case filed by Debtor Mona Dunphy). (tll) (Entered: 02/27/2025) |
| 02/27/2025 | | 101 | PDF with attached Audio File. Court Date & Time [ 2/27/2025 2:01:22 PM ]. File Size [ 23662 KB ]. Run Time [ 01:05:44 ]. (courtaudio). (Entered: 02/27/2025) |
| 02/27/2025 | | 102 | Minute Entry: Appearances: Jeffrey J. Hardiman, Esq., Stephen G. Morrell, Esq., Anthony J. Manhart, Mona Dunphy. (related document(s):39 Application to Employ Filed by Attorney Anthony J. Manhart). Continued hearing scheduled for 04/03/2025 at 2:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (kef) (Entered: 02/27/2025) |
| 02/27/2025 | | 103 | Minute Entry: Appearances: Jeffrey J. Hardiman, Esq., Stephen G. Morrell, Esq., Anthony J. Manhart, Esq., Mona Dunphy, Benjamin Dorr. (related document(s):45 Motion to Sell Filed by Trustee Anthony J. Manhart). Continued hearing scheduled for 04/03/2025 at 2:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (kef) (Entered: 02/27/2025) |
| 02/27/2025 | | 104 | Minute Entry: Appearances: Jeffrey J. Hardiman, Esq., Stephen G. Morrell, Esq., Anthony J. Manhart, Esq., Mona Dunphy, Benjamin Dorr. (related document(s):46 Application to Employ Filed by Trustee Anthony J. Manhart). Continued hearing scheduled for 04/03/2025 at 2:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (kef) (Entered: 02/27/2025) |

| | | | |
|---|---|---|---|
| 02/27/2025 | | [105](#) | Minute Entry: Appearances: Jeffrey J. Hardiman, Esq., Stephen G. Morrell, Esq., Anthony J. Manhart, Mona Dunphy, Benjamin Dorr. (related document(s):[52](#) Motion to Dismiss Case Filed by Debtor Mona Dunphy). Continued hearing scheduled for 04/03/2025 at 2:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (kef) (Entered: 02/27/2025) |
| 02/27/2025 | | [106](#) | Minute Entry: Appearances: Jeffrey J. Hardiman, Esq., Stephen G. Morrell, Esq., Anthony J. Manhart, Mona Dunphy, Benjamin Dorr. (related document(s):[79](#) Motion to Convert Case From Chapter 7 to 13 Filed by Debtor Mona Dunphy). Continued hearing scheduled for 04/03/2025 at 2:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (kef) (Entered: 02/27/2025) |
| 02/27/2025 | | [107](#) | Minute Entry: Appearances: Jeffrey J. Hardiman, Esq., Stephen G. Morrell, Esq., Anthony J. Manhart, Mona Dunphy, Benjamin Dorr. (related document(s):[84](#) Motion for Relief From Stay Filed by Creditor CMG Mortgage, Inc.). Continued hearing scheduled for 04/03/2025 at 2:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (kef) (Entered: 02/27/2025) |
| 02/27/2025 | | [108](#) | Minute Order: Appearances: Jeffrey J. Hardiman, Esq., Stephen G. Morrell, Esq., Anthony J. Manhart, Mona Dunphy, Benjamin Dorr. (related document(s):[87](#) Generic Motion Filed by Debtor Mona Dunphy). Motion denied for reasons set forth on the record. /s/ Michael A. Fagone, United States Bankruptcy Judge (kef) (Entered: 02/27/2025) |
| 02/27/2025 | | [109](#) | Minute Order: Appearances: Jeffrey J. Hardiman, Esq., Stephen G. Morrell, Esq., Anthony J. Manhart, Mona Dunphy, Benjamin Dorr. (related document(s):[86](#) Motion for Temporary Restraining Order Filed by Debtor Mona Dunphy). Motion denied for reasons set forth on the record. /s/ Michael A. Fagone, United States Bankruptcy Judge (kef) (Entered: 02/27/2025) |
| 02/28/2025 | | 110 | Entry: Hearing Minutes sent via e−mail (mona.dunphy7755@gmail.com) to pro se debtor this date. (related document(s):[102](#) Minute Entry. Hearing continued, [103](#) Minute Entry. Hearing continued, [104](#) Minute Entry. Hearing continued, [105](#) Minute Entry. Hearing continued, [106](#) Minute Entry. Hearing continued, [107](#) Minute Entry. Hearing continued, [108](#) Minutes of Proceedings, [109](#) Minutes of Proceedings). (kef) (Entered: 02/28/2025) |
| 02/28/2025 | | 111 | Meeting of Creditors Continued – to be held on 3/28/2025 at 10:00 AM at Zoom − Manhart: Meeting ID 282 980 6359, Passcode 2016669667, Phone 207−424−1364. Debtor appeared. (Manhart, Anthony) (Entered: 02/28/2025) |
| 03/01/2025 | | [112](#) | BNC Certificate of Mailing − PDF Document (related document(s):[100](#) Document filed by Debtor Mona Dunphy). Notice Date 03/01/2025. (Admin.) (Entered: 03/02/2025) |
| 03/03/2025 | | [113](#) | *Status Report* Filed by Anthony J. Manhart. (Manhart, Anthony) (Entered: 03/03/2025) |
| 03/04/2025 | | [114](#) | *Trustee's Status Report re−filed to add signatures* Filed by Anthony J. Manhart (related document(s):[113](#) Document filed by Trustee Anthony J. Manhart). (Manhart, Anthony) (Entered: 03/04/2025) |
| 03/05/2025 | | [115](#) | |

10

| | | | |
|---|---|---|---|
| | | | Debtor's Objection *to Second Motion to Enlarge Discharge Deadline and Demand for Identification of U.S. Trustee* Filed by Mona Dunphy (related document(s):97 Motion to Extend Time filed by Trustee Anthony J. Manhart). (kef) (Entered: 03/06/2025) |
| 03/06/2025 | | 116 | Order Extending Deadline for Objecting to Discharge (Related Doc # 97) Objection to discharge by Chapter 7 Trustee and United States Trustee due by 3/24/2025. (kef) (Entered: 03/06/2025) |
| 03/08/2025 | | 117 | BNC Certificate of Mailing – PDF Document (related document(s):116 Order on Motion to Extend Time). Notice Date 03/08/2025. (Admin.) (Entered: 03/09/2025) |
| 03/10/2025 | | 118 | Hearing Set (related document(s):39 Application to Employ filed by Attorney Anthony J. Manhart). Hearing scheduled for 4/3/2025 at 02:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. Docketed to add to calendaring program. (ljs) (Entered: 03/10/2025) |
| 03/10/2025 | | 119 | Debtor's Objection *to Second Motion to Enlarge Discharge Deadline and Demand for Identification of US Trustee* Filed by Mona Dunphy (related document(s):97 Motion to Extend Time filed by Trustee Anthony J. Manhart). (kef) (Entered: 03/11/2025) |
| 03/19/2025 | | 120 | Order Regarding April 3, 2025 Hearing (related document(s):39 Application to Employ filed by Attorney Anthony J. Manhart, 45 Motion to Sell filed by Trustee Anthony J. Manhart, 46 Application to Employ filed by Trustee Anthony J. Manhart, 52 Motion to Dismiss Case filed by Debtor Mona Dunphy, 79 Motion to Convert Case From Chapter 7 to 13 filed by Debtor Mona Dunphy, 84 Motion for Relief From Stay filed by Creditor CMG Mortgage, Inc.) (kef) (Entered: 03/19/2025) |
| 03/19/2025 | | 121 | Deadlines Updated (BK) (related document(s):120 Order on Document). Trustee's Status Report due by 3/31/2025. (kef) (Entered: 03/19/2025) |
| 03/21/2025 | | 122 | BNC Certificate of Mailing – PDF Document (related document(s):120 Order on Document). Notice Date 03/21/2025. (Admin.) (Entered: 03/22/2025) |
| 03/24/2025 | | 123 | Adversary case 25−01001. Complaint by William K. Harrington against Mona Dunphy. Receipt Number EXEMPT, Fee Amount $ 350.. (41 (Objection / revocation of discharge − 727(c),(d),(e))) (Morrell, Stephen) (Entered: 03/24/2025) |
| 03/28/2025 | | 124 | Meeting of Creditors Continued − to be held on 5/23/2025 at 10:00 AM at Zoom − Manhart: Meeting ID 282 980 6359, Passcode 2016669667, Phone 207−424−1364. Debtor absent. (Manhart, Anthony) (Entered: 03/28/2025) |
| 03/31/2025 | | 125 | *Trustee's Status Report* Filed by Anthony J. Manhart (related document(s):120 Order on Document). Modified on 3/31/2025 to correct linkage (kef). (Entered: 03/31/2025) |
| 03/31/2025 | | 126 | *Trustee's Amended Status Report* Filed by Anthony J. Manhart (related document(s):125 Document filed by Trustee Anthony J. Manhart). (Manhart, Anthony) (Entered: 03/31/2025) |
| 04/02/2025 | | 127 | Ex Parte Motion to Dismiss Chapter 7 Case Pursuant to 11 USC 707(a) and Stay Trustee Actions Filed by Mona Dunphy. (kef) Modified on |

| | | | |
|---|---|---|---|
| | | | 4/3/2025 to enhance motion title (kef). (Entered: 04/03/2025) |
| 04/03/2025 | | 128 | PDF with attached Audio File. Court Date & Time [ 4/3/2025 2:02:14 PM ]. File Size [ 15394 KB ]. Run Time [ 00:42:46 ]. (courtaudio). (Entered: 04/03/2025) |
| 04/03/2025 | | 129 | MINUTE ORDER: Appearances: Jeffrey J. Hardiman, Esq., Anthony J. Manhart, Jennifer H. Pincus, Esq. (related document(s):79 Motion to Convert Case From Chapter 7 to 13 Filed by Debtor Mona Dunphy). Motion denied for reasons set forth on the record. /s/ Michael A. Fagone, United States Bankruptcy Judge (Entered: 04/03/2025) |
| 04/03/2025 | | 130 | MINUTE ORDER: Appearances: Jeffrey J. Hardiman, Esq., Anthony J. Manhart, Jennifer H. Pincus, Esq. (related document(s):84 Motion for Relief From Stay Filed by Creditor CMG Mortgage, Inc.). Continued preliminary hearing scheduled for 04/16/2025 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. With consent of movant, automatic stay to remain in full force and effect pending further order of this Court. /s/ Michael A. Fagone, United States Bankruptcy Judge (ljs) (Entered: 04/03/2025) |
| 04/03/2025 | | 131 | Minute Entry: Appearances: Jeffrey J. Hardiman, Esq., Anthony J. Manhart, Jennifer H. Pincus, Esq. (related document(s):52 Motion to Dismiss Case Filed by Debtor Mona Dunphy). Continued hearing scheduled for 04/16/2025 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (ljs) (Entered: 04/03/2025) |
| 04/03/2025 | | 132 | Minute Entry: Appearances: Jeffrey J. Hardiman, Esq., Anthony J. Manhart, Esq., Jennifer H. Pincus, Esq. (related document(s):46 Application to Employ Filed by Trustee Anthony J. Manhart). Application granted as set forth on the record. Order to issue. (ljs) (Entered: 04/03/2025) |
| 04/03/2025 | | 133 | Minute Entry: Appearances: Jeffrey J. Hardiman, Esq., Anthony J. Manhart, Esq., Jennifer H. Pincus, Esq. (related document(s):45 Motion to Sell Filed by Trustee Anthony J. Manhart). Continued hearing scheduled for 04/16/2025 at 01:00 PM at Bankruptcy Courtroom, Room 30600, Bangor. (ljs) (Entered: 04/03/2025) |
| 04/03/2025 | | 134 | Minute Entry: Appearances: Jeffrey J. Hardiman, Esq., Anthony J. Manhart, Jennifer H. Pincus, Esq. (related document(s):39 Application to Employ Filed by Attorney Anthony J. Manhart). Application granted as set forth on the record. Order to issue. (ljs) (Entered: 04/03/2025) |
| 04/04/2025 | | 135 | Entry: Hearing Minutes sent via e−mail (mona.dunphy7755@gmail.com) to pro se debtor this date. (related document(s):129 Minutes of Proceedings, 130 Minute Entry. Hearing continued, 131 Minute Entry. Hearing continued, 132 Minutes of Proceedings, 133 Minute Entry. Hearing continued, 134 Minutes of Proceedings). (kef) (Entered: 04/04/2025) |
| 04/04/2025 | | 136 | Order Granting Application to Employ Anthony J. Manhart, Esq. and the law firm of Perkins Thompson, PA as counsel for the Trustee (Related Doc # 39) (kef) (Entered: 04/04/2025) |
| 04/04/2025 | | 137 | Order Granting Application to Employ Tranzon Auction Properties as auctioneer (Related Doc # 46) (kef) (Entered: 04/04/2025) |

| | | | |
|---|---|---|---|
| 04/06/2025 | | <u>138</u> | BNC Certificate of Mailing – PDF Document (related document(s):<u>136</u> Order on Application to Employ). Notice Date 04/06/2025. (Admin.) (Entered: 04/07/2025) |
| 04/06/2025 | | <u>139</u> | BNC Certificate of Mailing – PDF Document (related document(s):<u>137</u> Order on Application to Employ). Notice Date 04/06/2025. (Admin.) (Entered: 04/07/2025) |
| 04/07/2025 | | 140 | Consent Filed by The County Federal Credit Union (related document(s):<u>45</u> Motion to Sell filed by Trustee Anthony J. Manhart). (Currier, Richard) (Entered: 04/07/2025) |
| 04/08/2025 | | 141 | Entry: Hearing Minutes sent via U.S. Mail to pro se debtor at address listed on docket. (related document(s):<u>129</u> Minutes of Proceedings, <u>130</u> Minute Entry. Hearing continued, <u>131</u> Minute Entry. Hearing continued, <u>132</u> Minutes of Proceedings, <u>133</u> Minute Entry. Hearing continued, <u>134</u> Minutes of Proceedings). (kef) (Entered: 04/08/2025) |
| 04/15/2025 | | <u>142</u> | Notice of Appeal and Statement of Election to District Court.. Receipt Number 10000150, Fee Amount $298 Filed by Mona Dunphy (related document(s):<u>137</u> Order on Application to Employ). Appellant Designation due by 4/29/2025. Transmission of Record on Appeal Due 5/15/2025. (kef) (Entered: 04/16/2025) |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | |
| MONA DUNPHY ) | Chapter 7 |
| ) | Case No. 24-10188 MAF |
| Debtor ) | |

### ORDER APPROVING APPLICATION OF ANTHONY J. MANHART, CHAPTER 7 TRUSTEE, TO EMPLOY TRANZON AUCTION PROPERTIES

Upon consideration of the Application of Anthony J. Manhart, Chapter 7 Trustee, to Employ Tranzon Auction Properties [Dkt. No. 46] (the "Application"), dated December 18, 2024, filed by Anthony J. Manhart, Chapter 7 Trustee (the "Trustee") of the estate of Mona Dunphy ("Debtor"), requesting entry of an Order for authority to employ Tranzon Auction Properties ("Tranzon") as auctioneer in order to sell certain assets of Debtor's estate to the highest bidder, due notice of the Application having been given to all parties entitled thereto, good and sufficient cause appearing therefore, and after multiple hearings on the Application, and for reasons stated on the record at a hearing on April 3, 2025, the Court being satisfied Tranzon does not hold or represent an interest adverse to the estate, that Tranzon is a disinterested person within the meaning of §§ 327(a) and 101(14) of the United States Bankruptcy Code, and that the Trustee's employment of Tranzon on the terms set forth in the Auction Proposal (as defined in the Application) is in the best interest of the estate and its creditors, the requirements of Federal Rule of Bankruptcy Procedure 2014 and D. Me. LBR 2014-1, and 9013-1 being satisfied, it is therefore hereby

### ORDERED, ADJUDGED, AND DECREED

that the Application be, and hereby is, APPROVED, and that the Trustee's employment of Tranzon as prayed for in the Application is allowed and granted upon the terms and conditions as detailed in the Auction Proposal.

Notwithstanding the foregoing, the Trustee may not sell any property of the estate without further order of this Court.

Date: April 4, 2025

Michael A. Fagone
United States Bankruptcy Judge
District of Maine

# Notice Recipients

District/Off: 0100−1     User: admin     Date Created: 4/4/2025
Case: 24−10188     Form ID: pdf901     Total: 9

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U.S. Trustee | ustpregion01.po.ecf@usdoj.gov |
| tr | Anthony J. Manhart | trusteemanhart@perkinsthompson.com |
| aty | Anthony J. Manhart, Esq. | tmanhart@perkinsthompson.com |
| aty | Jeffrey J. Hardiman, Esq. | jeffrey.hardiman@brockandscott.com |
| aty | Kaitlyn M. Husar, Esq. | kaitlyn.m.husar@maine.gov |
| aty | Richard L. Currier, Esq. | rcurrier@curriertrask.com |
| aty | Stephen G. Morrell, Esq. | stephen.g.morrell@usdoj.gov |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Mona Dunphy | 28 Dudley Street | Presque Isle, ME 04769 | |
| cr | CMG Mortgage, Inc. | 9726 Old Bailes Road | Suite 200 | Fort Mill, SC 29707 |

TOTAL: 2

MONA DUNPHY
28 DUDLEY ST
PRESQUE ISLE, ME
04769

**RECEIVED**
By USBC Bangor at 11:31 p.m., 04/15/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

IN )
) Case No.:24-10188
RE: )
) **NOTICE OF APPEAL**
)
) Chapter 7
MONA DUNPHY )
) Date: APRIL 16, 2025
) Time: 8:30AM or soon thereafter
) Dept:
)
)

NOTICE IS HEREBY GIVEN that Debtor, **Mona G. Dunphy**, pro se, appeals to the **United States District Court for the District of Maine** from the following order entered in this Court:

· **Order Authorizing Retention of Auctioneer**, entered on April 4, 2025

This appeal is taken pursuant to **28 U.S.C. § 158(a)** and **Federal Rules of Bankruptcy Procedure 8002 and 8003**.

Appellant respectfully contends that the bankruptcy court erred in authorizing liquidation of estate property while a properly filed **Motion to Dismiss pursuant to 11 U.S.C. § 707(a)** remained pending, and where no creditor claims have been asserted and the Debtor does not seek a discharge. Appellant further contends that enforcement of the order, under these circumstances, violates Debtor's constitutional due process rights and threatens irreparable harm.

APPELLANT INFORMATION:

_Mona Dunphy 4/14/25_

**Name:** Mona G. Dunphy   Date

-1-
NOTICE OF APPEAL

16